UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DES ELECTRIC, LLC,

      Plaintiff,                        Case No. 16-cv-10888
                                               Hon. Matthew F. Leitman

v.

PONTIAC DRYWALL SYSTEMS, INC., et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                 s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated:  July 7, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2016, by electronic means and/or ordinary mail.

                                               s/Holly A. Monda
                                               Case Manager
                                               (313) 234-5113